UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 26-80049-CR-DAMIAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILLIE JAMES SKIPPER, JR.,

    Defendant.

_____/

## **UNOPPOSED MOTION TO CONTINUE**

Willie James Skipper, Jr., through counsel, respectfully moves for a 45-day continuance of the change of plea hearing and sentencing in this case. The change of plea and sentencing is currently set for August 27, 2026. Undersigned counsel conferred with Assistant United States Attorney Shannon Darsch regarding the relief requested, and the government has no objection to this continuance.

1. Mr. Skipper is charged by way of indictment with two counts of possession with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C); two counts of possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i); two counts of felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1); and one count of arson, in violation of 18 U.S.C. § 844(i). (DE 14).

2. A jury trial was held May 18, 2026 through May 21, 2026 on Counts 4, 5, 6,

1

and 7 of the Indictment. (DE 58 – 61). Mr. Skipper was found guilty on the four counts. (DE 65).

3. The Parties have reached a resolution as to the remaining counts—counts 1, 2, and 3. A change of plea hearing and sentencing is currently set for August 27, 2026.

4. Undersigned counsel seeks a continuance to allow the U.S. Probation Office to have sufficient time to interview Mr. Skipper and prepare a presentence investigation report. On July 8, 2026, U.S. Probation Officer Syreta Gould sought to interview Mr. Skipper at the Palm Beach County Jail however, Mr. Skipper was transferred out of that detention center and moved to the Federal Detention Center in Miami. Probation Officer Gould was out of the office July 10 through July 24, 2026, and out of the office July 29 through August 7, 2026. A presentence investigation interview is currently scheduled at the Federal Detention Center in Miami on August 10, 2026, however, the addendum to the presentence investigation report is due on August 12, 2026. Accordingly, counsel seeks a 45-day continuance to ensure that the Probation Office has adequate and sufficient time to prepare and finalize a presentence investigation report. Additionally, undersigned counsel will be out of the district September 21 through 30, 2026, therefore, a 45-day continuance will also allow counsel to be present for sentencing once the PSI is finalized.

5. This request is made in good faith and not for purposes of unnecessary

delay. It is in the interests of justice and does not interfere with the interests of the public or Mr. Skipper in a speedy resolution of this matter. Mr. Skipper, through counsel and pursuant to 18 U.S.C. § 3161, does hereby waive his right to a speedy trial on Counts 1, 2, and 3 through the date of the requested continuance.

6. Undersigned counsel has conferred with AUSA Shannon Darsch who advised that the government does not oppose the instant motion.

7. For the foregoing reasons, Willie Skipper respectfully requests that the Court continue the change of plea hearing and sentencing by 45 days.

Respectfully submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

By:    _/s/ Sogol Ghomeshi_____
Sogol Ghomeshi
Assistant Federal Public Defender
Florida Bar No.: 1002979
150 W. Flagler Street, Suite 1500
Miami, Florida 33130-1556
Tel: (305) 530-7000
E-mail: sogol_ghomeshi@fd.org

3

## CERTIFICATE OF SERVICE

I HEREBY certify that on **July 29, 2026**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Sogol Ghomeshi
Sogol Ghomeshi

4